540

505 A.2d 254

**Gloria S. PETRY, Petitioner,**

v.

**TANGLWOOD LAKES, INC.**

Supreme Court of Pennsylvania.

Feb. 19, 1986.

Petition for Allowance of Appeal GRANTED, No. 25 E.D. Appeal Docket 1986.

505 A.2d 254

**COMMONWEALTH**

v.

**BRUNER, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 19, 1986.

Petition for Allowance of Appeal GRANTED, No. 10 M.D. Appeal Docket 1986.